UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID GERARD JEEP, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:15CV1533 HEA |
| GOVERNMENT OF THE UNITED STATES, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for reconsideration of the dismissal of this matter, as well as his supplemental motion for reconsideration. Having reviewed plaintiff's motions in their entirety, the Court finds no grounds for reviewing the dismissal of this case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions for reconsideration of the dismissal of this action [Doc. #8 and #9] are **DENIED.**

**IT IS FURTHER ORDERED** that an appeal of the denial of these motions would not be taken in good faith.

**IT IS FURTHER ORDERED** that plaintiff shall not be allowed to file any further motions in this closed case. Any additional motions shall be returned to plaintiff by the Clerk of Court, with the exception of filings related to a notice of appeal.

Dated this 21st day of October, 2015

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE